# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

United States of America
v.

COLISE HARMON
AKA "KHALI"
*Defendant*

Case No. 13-CR-582-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* COLISE HARMON AKA "KHALI",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
IN VIOLATION OF:
21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES
21:841(a)(1), (b)(1)(C) - DISTRIBUTION OF OXYCODONE
21:843(a)(3) ACQUIRING A CONTROLLED SUBSTANCE BY FRAUD
18:2 - AIDING AND ABETTING

Date: 12/18/2013

Angela Burge, Deputy Clerk
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 2-18-13, and the person was arrested on *(date)* 20-18-13
at *(city and state)* PA.

Date: 2-18-13

WAS Already
In Fed
Custody
*Arresting officer's signature*

*Printed name and title*