# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 13-582-2 |
| v. | : | |
| | : | INFORMATION FILED |
| COLISE HARMON | : | UNDER 21 U.S.C. § 851 |

## INFORMATION CHARGING PRIOR OFFENSES

The United States of America, by counsel, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Tomika N.S. Patterson, Assistant United States Attorney, states that the United States will rely upon the following previous conviction of the defendant to establish the basis for increased punishment under 21 U.S.C. §§ 841(a)(1), 843(a)(3) and 846. The defendant was charged on May 4, 2016 in the Eastern District of Pennsylvania with one count of conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 15 counts of distribution of oxycodone and aiding and abetting, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2, and four counts of acquiring a controlled substance by fraud and aiding and abetting, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2. The defendant's previous conviction is described below:

      1.      On or about October 4, 2002, in the Court of Common Pleas of Philadelphia County, Pennsylvania, the defendant was sentenced to 3 years' probation following his conviction for a drug offense on Common Pleas Docket No. CP-51-CR-0606851-2000, that is,

possession with the intent to deliver a controlled substance, in violation of 35 Pa. C.S.A. § 780-113(a)(30), a felony under the laws of the Commonwealth of Pennsylvania.

ZANE DAVID MEMEGER
United States Attorney

*Christine E. Oles fox*

PETER F. SCHENCK
Chief, Criminal Division
Assistant United States Attorney

Filed: November 21, 2016