**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | **CRIMINAL ACTION** |
|---|---|---|
| | : | |
| **v.** | : | |
| | : | **NO. 13-582** |
| **COLISE HARMON** | : | |
| | : | |

FILED

DEC – 2 2016

LUCY V. CHIN, Interim Clerk

By _____ Dep. Clerk

## ORDER

**AND NOW**, this 2ⁿᵈ day of December, 2016, **IT IS HEREBY**

**ORDERED** that:

a.      The United States Marshal Service shall require all persons to show

identification prior to entering the courtroom and shall record the name, address,

and birth date of every such person;

b.      The United States Marshal Service shall require all persons to turn off all

cellular telephones and electronic devices and to leave such items with the

security screening station in the courthouse lobby prior to entering the courtroom;

c.      The United States Marshal Service shall set up and operate a magnetometer

device outside the courtroom and shall require all persons to pass through the

magnetometer prior to entering the courtroom.

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**